**Order entered April 22, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00099-CV

## CITY OF IRVING, TEXAS, Appellant

## V.

## EDWIN MUNIZ, Appellee

### On Appeal from the County Court at Law No. 5
### Dallas County, Texas
### Trial Court Cause No. CC-18-07034-E

### ORDER

Before the Court is appellant's April 20, 2021 agreed motion to extend time to file its brief. In the motion, appellant states it has requested a supplemental clerk's record containing Defendant's January 11, 2021 First Amended Plea to the Jurisdiction which is missing from the clerk's record on file.

We **GRANT** the motion and **ORDER** Dallas County Clerk John Warren to file a supplemental clerk's record with Defendant's January 11, 2021 First Amended Plea to the Jurisdiction within **ten days of the date of this order**.

Appellant's brief shall be due five days after the date the supplemental clerk's record is filed.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE